## In re TRANSFER OF ATTORNEY TO INACTIVE STATUS PURSUANT TO Pa.R.D.E. 219(k)(1).

### No. 131 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

July 22, 1998.

### *ORDER*

PER CURIAM:

AND NOW, this 22nd day of July, 1998, it is ORDERED that OSCAR GASKINS is hereby transferred to inactive status as a

member of the Bar of this Commonwealth, pursuant to Pa.R.D.E. 219(k)(1).